United States District Court
Southern District of Texas
**ENTERED**
February 07, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **FRANCISCO I GARCIA,** § | |
| § | |
| Plaintiffs, § | |
| VS. § | **CIVIL ACTION NO. 4:23-CV-470** |
| § | |
| **SELECT PORTFOLIO SERVICING, INC. AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2005-2, ASSET-BACKED CERTIFICATES, SERIES 2005-2,** § § § § § § § § § § | |
| **Defendants.** | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion for Summary Judgment (ECF No. 8). On January 19, 2024, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that the motion be granted (ECF No. 15). Plaintiff filed its objections on February 2nd and Defendants filed their response February 7th (ECF Nos. 16, 17).

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R & R to which Plaintiff objected. However, the Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **GRANTS** Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 7th day of February, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE