United States District Court
Southern District of Texas
**ENTERED**
March 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANCISCO I GARCIA, § § Plaintiffs, § VS. § SELECT PORTFOLIO SERVICING, § INC. AND DEUTSCHE BANK § NATIONAL TRUST COMPANY, § AS TRUSTEE, IN TRUST FOR § REGISTERED HOLDERS OF § LONG BEACH MORTGAGE § LOAN TRUST 2005-2, ASSET-BACKED § CERTIFICATES, SERIES § 2005-2, § Defendants. | CIVIL ACTION NO. 4:23-CV-470 |

## FINAL JUDGMENT

Plaintiff Francisco I. Garcia brought this suit against Defendants Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 and Select Portfolio Servicing, Inc., alleging violations of Regulation X of the Real Estate Settlement Procedures Act.

On January 19, 2024, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that Defendant's Motion for Summary Judgment (ECF No. 8) be granted (ECF No. 15). Plaintiff filed its objections on February 2nd and Defendants filed their response February 7th (ECF Nos. 16, 17). On February 7, 2024, this Court adopted Judge Palermo's R & R in full.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 27th day of March, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE